AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| AMAZON.COM INC., et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-05580-TLT |
| UMER WASIM, et al., | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   03/10/2025   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  25 APRIL 2025

MARK B. BUSBY
*CLERK OF COURT*

MIA BUENSUCESO-CUENCO

*Signature of Clerk or Deputy Clerk*

